**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| ST. LUKE'S HOSPITAL, <br> dba MCLAREN ST. LUKES <br><br> and <br><br> WELLCARE PHYSICIANS GROUP, LLC <br><br> Plaintiffs, <br><br> vs. <br><br> PROMEDICA HEALTH SYSTEM, INC., PROMEDICA INSURANCE CORPORATION, PARAMOUNT CARE, INC., PARAMOUNT CARE OF MICHIGAN, INC., PARAMOUNT INSURANCE COMPANY and PARAMOUNT PREFERRED OPTIONS, INC., <br><br> Defendants. | CASE NO.: 3:20-cv-2533 <br><br> JUDGE: Hon. Jack Zouhary |

**NOTICE OF APPEARANCE OF MARK D. WAGONER, JR.**

The undersigned, Mark D. Wagoner, Jr. of Shumaker, Loop & Kendrick, LLP, hereby enters his appearance as counsel for all Defendants in this matter. Counsel's contact information is as follows:

    Mark D. Wagoner, Jr. (0068577)
    SHUMAKER, LOOP & KENDRICK, LLP
    1000 Jackson Street
    Toledo, Ohio 43604
    Telephone:    419-241-9000
    Facsimile:    419-241-6894
    Email:    mwagoner@shumaker.com

14755264v1

                                        */s/ Mark D. Wagoner, Jr.*
                                        Mark D. Wagoner, Jr. (0068577)
                                        Matthew T. Kemp (0093136)
                                        SHUMAKER, LOOP & KENDRICK, LLP
                                        1000 Jackson Street
                                        Toledo, Ohio  43604
                                        Telephone:   419.241.9000
                                        Fax:             419.241.6894
                                        E-Mail:       mwagoner@shumaker.com
                                                                   mkemp@shumaker.com

                                        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This will certify that on November 18, 2020, a copy of the foregoing **NOTICE OF APPEARANCE OF MARK D. WAGONER, JR.** was filed and served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                        */s/ Mark D. Wagoner, Jr.*
                                        Mark D. Wagoner, Jr. (0068577)
                                        Matthew T. Kemp (0093136)
                                        SHUMAKER, LOOP & KENDRICK, LLP

                                        *Attorneys for Defendants*