# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| ST. LUKE'S HOSPITAL, dba MCLAREN ST. LUKES<br><br>and<br><br>WELLCARE PHYSICIANS GROUP, LLC<br><br>Plaintiffs,<br><br>vs.<br><br>PROMEDICA HEALTH SYSTEM, INC., PROMEDICA INSURANCE CORPORATION, PARAMOUNT CARE, INC., PARAMOUNT CARE OF MICHIGAN, INC., PARAMOUNT INSURANCE COMPANY and PARAMOUNT PREFERRED OPTIONS, INC.,<br><br>Defendants. | CASE NO.: 3:20-cv-2533<br><br>JUDGE: Hon. Jack Zouhary |

## MOTION TO APPEAR *PRO HAC VICE* OF CHRISTOPHER G. RENNER

Pursuant to Rule 83.5(h) of the Local Civil Rules of the United States District Court for the Northern District of Ohio, all Defendants respectfully move this Court to admit Christopher G. Renner *pro hac vice* and participate as counsel for all Defendants in this matter.

This Motion is accompanied by the required $120.00 fee. This Motion is further supported by the attached Declaration of Christopher G. Renner, which sets forth the information required by Local Rule 83.5(h).

14755129v1

Attorney Renner's contact information is as follows:

>Christopher G. Renner (DC Bar No. 1025699)
>DAVIS WRIGHT TREMAINE LLP
>1301 K Street, NW
>Suite 500 East
>Washington, DC 20005
>Phone: 202.973.4215
>Fax:    202.973.4415
>Email:  ChrisRenner@dwt.com

WHEREFORE, undersigned counsel respectfully requests that the Court grant this Motion for the *Pro Hac Vice* Admission of Christopher G. Renner.

>Respectfully submitted,
>
>*/s/ Matthew T. Kemp*
>Mark D. Wagoner, Jr. (0068577)
>Matthew T. Kemp (0093136)
>SHUMAKER, LOOP & KENDRICK, LLP
>1000 Jackson Street
>Toledo, Ohio  43604
>Telephone:    419.241.9000
>Fax:          419.241.6894
>E-Mail:       mwagoner@shumaker.com
>              mkemp@shumaker.com
>
>*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

This will certify that on November 18, 2020, a copy of the foregoing **MOTION TO APPEAR *PRO HACE VICE* OF CHRISTOPHER G. RENNER** was filed and served via the Court's electronic filing system.  Parties may access this filing through the Court's system.

>*/s/ Matthew T. Kemp*
>Mark D. Wagoner, Jr. (0068577)
>Matthew T. Kemp (0093136)
>SHUMAKER, LOOP & KENDRICK, LLP
>
>*Attorneys for Defendants*