IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ST. LUKE'S HOSPITAL, d/b/a MCLAREN ST. LUKES, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> PROMEDICA HEALTH SYSTEM, INC, et al., <br><br> Defendants. | CASE NO.: 20-cv-2533 <br><br> Judge Jack Zouhary |
| PROMEDICA HEALTH SYSTEM INC., et al., <br><br> Counterclaimants, <br><br> vs. <br><br> ST. LUKE'S HOSPITAL, d/b/a MCLAREN ST. LUKE'S, et al., <br><br> Counterdefendants. | |

## NOTICE OF APPEARANCE OF ERIC S. FLEDDERMANN

The undersigned, Eric S. Fleddermann of Jenner & Block, LLP, hereby enters his appearance as counsel for the following Defendants / Counterclaimants in this matter: ProMedica Health System, Inc.; Promedica Insurance Corporation; Paramount Care, Inc.; Paramount Care of Michigan, Inc.; Paramount Insurance Company; Paramount Preferred Options, Inc.; and The Toledo Hospital (collectively, "Defendants / Counterclaimants"). Counsel's contact information is as follows:

Eric S. Fleddermann
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone:   312-840-7397
Facsimile:    312-527-0484
Email:          efleddermann@jenner.com

*/s/ Eric S. Fleddermann*
Eric S. Fleddermann
JENNER & BLOCK, LLP
353 North Clark Street
Chicago, Illinois 60654
Telephone: 312-840-7397
Fax: 312-527-0484
E-Mail: efleddermann@jenner.com

*Attorney for Defendants / Counterclaimants*

# CERTIFICATE OF SERVICE

This will certify that on October 12, 2021, a copy of the foregoing **NOTICE OF APPEARANCE OF ERIC S. FLEDDERMANN** was filed and served via the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Eric S. Fleddermann*
Eric S. Fleddermann
JENNER & BLOCK, LLP

*Attorney for Defendants / Counterclaimants*