IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ST. LUKE'S HOSPITAL, d/b/a MCLAREN ST. LUKE'S, et al., <br><br> Plaintiffs, <br> v. <br><br> PROMEDICA HEALTH SYSTEM, INC., et al., <br><br> Defendants. <br><br>―――――――――――――――――― <br><br> PROMEDICA HEALTH SYSTEM, INC., et al., <br><br> Counterclaimants, <br><br> v. <br><br> ST. LUKE'S HOSPITAL, d/b/a MCLAREN ST. LUKE'S, et al., <br><br> Counterdefendants, | CASE NO. 3:20-cv-02533-JZ <br><br> JUDGE: Hon. Jack Zouhary |

## DECLARATION OF CHRISTOPHER M. SHEEHAN

1. My name is Christopher M. Sheehan. I am an attorney with Jenner & Block LLP in Chicago, IL.

2. I seek admission *pro hac vice* to the U.S. District Court for the Northern District of Ohio to represent all Defendants-Counterclaimants in the above-captioned matter.

3. I am currently admitted to practice in the following courts and I am currently in good standing with each such court:

| COURT | DATE | BAR NOS. |
|---|---|---|
| Illinois | 11/6/2008 | 6297609 |
| 7th Circuit Court of Appeals | 4/1/2016 | |
| Supreme Court of the United States | 4/4/2016 | 297857 |

| U.S. District Court for the Eastern District of Michigan | 1/4/2019 | |
|---|---|---|

4. My contact information is as follows: Christopher M. Sheehan; Jenner & Block LLP, 353 N. Clark Street, Chicago, IL, 60654.

5. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

6. I declare that the foregoing statements are true, under penalty of perjury pursuant to 28 U.S.C. § 1746.

/s/ Christopher M. Sheehan
Christopher M. Sheehan

*Attorney for Defendants-Counterclaimants*