IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

St. Luke's Hospital, et. al.,                                   Case No. 3:20 CV 2533

                      Plaintiffs,                       O R D E R

         -vs-                                                    JUDGE JACK ZOUHARY

ProMedica Health System, Inc., et. al.

                      Defendants.

      This Court held a record teleconference on Thursday, January 27, 2022, regarding a discovery dispute. Counsel present: David Ettinger and Ron Sklar for Plaintiffs; Doug Litvack and Mark Wagoner for Defendants. (Court Reporter: Angela Nixon).

      Defendants allege Plaintiffs' responses to requests for production ("RFPs") are inadequate, in violation of Federal Civil Rules 26 and 37. This Court reviewed the position statements submitted by counsel and heard argument from each side (see transcript for details). This Court determined the confidentiality issue raised by Defendants has been properly addressed by Plaintiffs. Further, this Court found Plaintiffs' explanations for the numerical discrepancy in documents produced in response to Defendants' RFPs satisfactory. This Court concluded there has been no violation of Federal Civil Rules 26 and 37. The requested relief is denied.

      IT IS SO ORDERED.

                                                  s/ *Jack Zouhary*
                                         JACK ZOUHARY
                                         U.S. DISTRICT JUDGE

                                         January 27, 2022