IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ST. LUKE'S HOSPITAL, d/b/a MCLAREN ST. LUKE'S, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>PROMEDICA HEALTH SYSTEM, INC., et al.,<br><br>    Defendants. | CASE NO. 20-cv-02533-JZ<br><br>Judge Jack Zouhary<br><br><br>**JOINT STATUS REPORT** |
| PROMEDICA HEALTH SYSTEM, INC., et al.,<br><br>    Counterclaimants,<br><br>v.<br><br>ST. LUKE'S HOSPITAL, d/b/a MCLAREN ST. LUKE'S, et al.,<br><br>    Counterdefendants. | |

**JOINT STATUS REPORT**

The parties, pursuant to this Court's Order dated March 9, 2022 [Dkt. 123], hereby provide a brief report to the Court regarding the status of this matter.

1. On August 19, 2022, the parties agreed in principle to a settlement that would resolve all parties' claims and counterclaims in this case. They are currently working on the details of that settlement.

2. The parties anticipate that they will finalize the details of their settlement soon because certain aspects will take effect on October 1.

45090575.5

3. The parties request that the Court extend all scheduled dates in this case by two weeks to avoid prejudice to any party from not focusing on discovery issues at this time.

4. The parties will update the Court as necessary on the status of the settlement discussions.

Dated: September 1, 2022

/s/ David A. Ettinger
David A. Ettinger (P26537) (*pro hac vice*)
Honigman LLP
660 Woodward Avenue
2290 First National Bldg.
Detroit, MI 48226
Telephone: (313) 465-7368
Fax: (313) 465-7369

Ron N. Sklar (IL 6304022) (*pro hac vice*)
Honigman LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
Telephone: (312) 701-9300
Fax: (312) 701-9335

Denise M. Hasbrook (0004798)
Roetzel & Andress One SeaGate
Suite 1700
Toledo, OH 43604
Telephone: (419) 242-7985
Fax: (419) 242-0316

*Attorneys for Plaintiffs/Counterdefendants*

/s/ Douglas E. Litvack (with permission)
Douglas E. Litvack (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington DC 20001-4412
(202) 637-6357

Christopher G. Renner (*pro hac vice*)
Christopher M. Sheehan (*pro hac vice*)
Christian L. Plummer (*pro hac vice*)
Eric S. Fleddermann
Elena M. Oliveri (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350

Mark D. Wagoner (Ohio Bar No. 68577)
Matthew T. Kemp (Ohio Bar No. 93136)
SHUMAKER, LOOP & KENDRICK LLP
1000 Jackson Street
Toledo, Ohio 43604
(419) 321-1412

*Attorneys for Defendants/Counterclaimaints*