IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ST. LUKE'S HOSPITAL, d/b/a<br>MCLAREN ST. LUKE'S, et al.,<br>    Plaintiffs,<br><br>vs.<br><br>PROMEDICA HEALTH SYSTEM, INC.,<br>et al.,<br>    Defendants. | CASE NO. 20-cv-02533-JZ<br><br>Judge Jack Zouhary<br><br><br><br>**STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |

PROMEDICA HEALTH SYSTEM,
INC., et al.,

    Counterclaimants,

v.

ST. LUKE'S HOSPITAL, d/b/a
MCLAREN ST. LUKE'S, et al.,

    Counterdefendants.

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

Upon stipulation of the parties, IT IS HEREBY ORDERED that the above matter is dismissed with prejudice, each party to bear their own costs and attorney fees.

This is a final order and closes the case.

**SO ORDERED,** this 25th day of October, 2022.

                                                        *s/ Jack Zouhary*
                                                        U.S. DISTRICT JUDGE

Dated: October 24 , 2022

Stipulated to and approved by:

/s/ David A. Ettinger
David A. Ettinger (P26537) (*pro hac vice*)
Honigman LLP
660 Woodward Avenue
2290 First National Bldg.
Detroit, MI 48226
Telephone: (313) 465-7368
Fax: (313) 465-7369

Ron N. Sklar (IL 6304022) (*pro hac vice*)
Honigman LLP
155 North Wacker Drive, Suite 3100
Chicago, IL 60606
Telephone: (312) 701-9300
Fax: (312) 701-9335

Denise M. Hasbrook (0004798)
Roetzel & Andress One SeaGate
Suite 1700
Toledo, OH 43604
Telephone: (419) 242-7985
Fax: (419) 242-0316

*Attorneys for Plaintiffs/Counterdefendants*

/s/ Douglas E. Litvack (with permission)
Douglas E. Litvack (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington DC 20001-4412
(202) 637-6357

Christopher G. Renner (*pro hac vice*)
Christopher M. Sheehan (*pro hac vice*)
Christian L. Plummer (*pro hac vice*)
Eric S. Fleddermann
Elena M. Oliveri (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
(312) 222-9350

Mark D. Wagoner (Ohio Bar No. 68577)
Matthew T. Kemp (Ohio Bar No. 93136)
SHUMAKER, LOOP & KENDRICK LLP
1000 Jackson Street
Toledo, Ohio 43604
(419) 321-1412

*Attorneys for Defendants/Counterclaimaints*